# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

January 11, 2023

**By ECF**
The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 1/11/22
White Plains, NY

Re: *United States v. Walker*, No. 22 Cr. 485-9

Dear Judge Briccetti:

With the consent of Pretrial Services, Shonteea Walker requests that the Court modify her conditions of release to allow her travel to Schenectady, New York, from January 18-20, 2023, to visit her mother. Pretrial Services will be provided with the exact address where she will be staying, her travel itinerary, and other requested information.

On November 15, 2022, Magistrate Judge Davison set conditions of release including the following: a $50,000 personal recognizance bond to be signed by two FRP'S, travel limited to SDNY/EDNY, and pretrial supervision as directed by Pretrial Services. Ms. Walker is in compliance with the conditions of her release. As noted, Pretrial Services Officer Andrew Abbott has no objection to this request. AUSA Kaiya Arroyo notified me that the government defers to Pretrial Services. Thank you for your attention to this request.

Respectfully submitted,

Ezra Spilke

cc: Counsel of record, by ECF
Andrew Abbott, by email