# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

January 26, 2024

**By ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 29, 2024

Re: *United States v. Morales* et al., No. 22 Cr. 485

Your Honors:

  With the consent of Pretrial Services, Shonteea Walker requests a temporary modification of the conditions of her release to allow her travel to Wilmington, Delaware, from today January 26, 2024, to Sunday, January 28, to accompany her family on a visit to her aunt who has experienced a medical emergency and is in the hospital. Pretrial Services has been provided with the exact address where she will be staying, her travel itinerary, and other requested information.

  On November 15, 2022, Magistrate Judge Davison set conditions of release including the following: a $50,000 personal recognizance bond to be signed by two FRP'S, travel limited to SDNY/EDNY, and pretrial supervision as directed by Pretrial Services. Ms. Walker is in compliance with the conditions of her release. As noted, Pretrial Services Officer Dayshawn Bostic has no objection to this request. Thank you for your attention to this request.

Respectfully submitted,

Ezra Spilke

cc: Counsel of record, by ECF
   Dayshawn Bostic, by email