# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

June 9, 2025

**By ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

*/s/ Ronnie Abrams/*
Ronnie Abrams, U.S.D.J.
June 10, 2025

The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Morales* et al., No. 22 Cr. 485

Your Honors:

     With the consent of Pretrial Services, Shonteea Walker requests a temporary modification of the conditions of her release to allow her travel to Hersheypark, in Hershey, Pennsylvania, from July 17 to 19, 2025, for a family trip. Pretrial Services will be provided with the exact address where Ms. Walker will be staying, her travel itinerary, and other requested information.

     On November 15, 2022, Magistrate Judge Davison set conditions of release including the following: a $50,000 personal recognizance bond to be signed by two FRP'S, travel limited to SDNY/EDNY, and pretrial supervision as directed by Pretrial Services. Ms. Walker is in compliance with the conditions of her release. As noted, Pretrial Services Officer Dominique Jackson has no objection to this request. Thank you for your attention to this request.

Respectfully submitted,

Ezra Spilke

cc:    Counsel of record, by ECF
       Dominique Jackson, by email