# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

July 14, 2025

By ECF
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 15, 2025

Re: *United States v. Morales* et al., No. 22 Cr. 485

Your Honors:

    With the consent of Pretrial Services, Shonteea Walker requests a temporary modification of the conditions of her release to allow her travel to San Juan, Puerto Rico, from July 17 to 19, 2025, for a family trip. Pretrial Services will be provided with the exact address where Ms. Walker will be staying, her travel itinerary, and other requested information.

    As the Court will recall, the Court previously granted Ms. Walker's request to travel to Hersheypark, in Hershey, Pennsylvania, over the same dates. Ms. Walker's family have changed plans and are instead traveling to San Juan. Ms. Walker is in compliance with the conditions of her release. As noted, Pretrial Services Officer Dominique Jackson has no objection to this request. Thank you for your attention to this request.

Respectfully submitted,

Ezra Spilke

cc: Counsel of record, by ECF
Dominique Jackson, by email