# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

July 14, 2025

By ECF
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 15, 2025

Re: *United States v. Morales* et al., No. 22 Cr. 485

Your Honors:

      With the consent of Pretrial Services, I write to respectfully request a two-week extension for the filing of the defense response to the final YAOP memo for Shonteea Walker. I am still interviewing the client and other stakeholders to complement Pretrial's submission. I have also had unexpected deadlines and other client responsibilities in recent weeks, especially in an authorized death penalty case (*United States v. McBean*, 24 Cr. 541 (PAE) (SDNY)), that have demanded immediate attention. As noted, Pretrial Services Officer Dominique Jackson has no objection to this request. Thank you for your attention to this application.

Respectfully submitted,

Ezra Spilke

cc:    Counsel of record, by ECF
        Dominique Jackson, by email